| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | FRIEDA  VIZEL |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | |
| Case number (if known) | Chapter you are filing under: ☑ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13 |

U.S. BANKRUPTCY COURT
CLERK
EASTERN DISTRICT OF NEW YORK
RECEIVED - BROOKLYN
OCT 22 2019 PM 02:40

☐ Check If this is an amended filing

**Official Form 101**

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a joint case—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person m ust be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport) Bring your picture identification to your meeting with the trustee. | FRIEDA First name _____ Middle name VIZEL Last name _____ Suffix (Sr., Jr., II, III) _____ | First name _____ Middle name _____ Last name _____ Suffix (Sr., Jr., II, III) _____ |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | First name _____ Middle name _____ Last name _____ First name _____ Middle name _____ Last name _____ | First name _____ Middle name _____ Last name _____ First name _____ Middle name _____ Last name _____ |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (IT IN)** | XXX - XX - 8352 OR 9XX - XX - _____ | XXX - XX - _____ OR 9XX - XX - _____ |

Debtor 1    FRIEDA   VIZEL                                  Case number (if known) _____

| | | |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | **About Debtor 1:**<br>✔ I have not used any business names or EINS. | **About Debtor 2:**<br>☐ I have not used any business names or EINS. |
| | Business name _____ | Business name _____ |
| | Business name _____ | Business name _____ |
| | EIN _____ | EIN _____ |
| | EIN _____ | EIN _____ |

**5. Where you live**

1600 CATON AVENUE
_____
Number    Street

APT 1D
_____

BROOKLYN, NY 11226
_____
City                  State    ZIP Code

Kings
_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____

_____
City                  State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City                  State    ZIP Code

_____
County

If Debtor 2's mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____

_____
City                  State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

✔ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____

_____

_____

_____

Debtor 1    FRIEDA   VIZEL _____    Case number (if known) _____

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C ? 342(b) for Individuals Filing for Bankruptcy* (Form 2010). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

*Check one:*

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for individuals to Pay The Filing Fee in installments* (Official Form 103A).

✔ **I request that my fee be waived.** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 1038) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

✔ No
☐ Yes

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

✔ No
☐ Yes

Debtor _____    Relationship to you _____

District _____    When _____    Case number, if known _____

Debtor _____    Relationship to you _____

District _____    When _____    Case number, if known _____

**11. Do you rent your residence?**

✔ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
    ☐ No. Go to line 12.
    ☐ Yes. Fill out *Initial Statement About ab Eviction Judgement Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    FRIEDA   VIZEL                                                          Case number (if known) _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---------|----------------------------------------------------------|

**12. Are you a sole proprietor of any full- or part-time business?**
A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship. use a separate sheet and attach it to this petition.

✔ No. Go to Part 4.
☐ Yes. Name and location business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                                          State    ZIP Code

*Check one appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C.§1IJ1(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C.§1IJ1(51B))
☐  Stockbroker (as defined in 11 U.S.C.§1IJ1(53A))
☐  Commodity Broker (as defined in 11 U.S.C.§1IJ1(6))
☐  None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a small business debtor?**
For a definition of small business debtor, see 11 U.S.C § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor. you must attach your Bankruptcy Code and most recent balance sheet. statement of operations. cash-flow statement. and federal income tax return or if are you a small business any of these documents do not exist. follow the procedure In 11 U.S.C.§ 1116(1)(B).*

✔ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11. but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and Iam a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---------|------------------------------------------------------------------------------------------------|

**14. Do you own or have any property poses a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**
For example, do you own perishable goods, or livestock that must be fed or a building that needs urgent repairs?

✔ No.
☐ Yes. What is the hazard?

_____

_____

If immediate attention is needed, why is it needed?

_____

_____

Where is the property?

_____
Number    Street

_____

_____
City                                          State    ZIP Code

Debtor 1    FRIEDA   VIZEL                                                      Case number (if known)

---

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**
The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑  **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐  **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐  **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30—day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐  **I am not required to receive a briefing about credit counseling because of:**

   ☐  **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐  **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐  **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐  **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐  **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐  **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30—day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐  **I am not required to receive a briefing about credit counseling because of:**

   ☐  **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐  **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐  **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   FRIEDA   VIZEL _____   Case number (if known) _____

| Part 6: | Answer these Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for personal, family, or household purposes."

☐ No. Go to line 16b.
✔ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16b.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts. _____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?
☐ No.
☐ Yes.

**18. How many creditors do you estimate that you owe?**

✔ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

✔ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
✔ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____        X _____
Signature of Debtor 1                              Signature of Debtor 2

Executed on 10/31/19                                Executed on _____

Official Form 101         **Voluntary Petition for Individuals Filing for Bankruptcy**         page 6

Debtor 1    FRIEDA  VIZEL _____    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

*x* _____    Date _____
Signature of Debtor

_____
Printed name

_____
Firm name

_____
Number    Street

_____

Contact phone _____    Email address _____

_____
Bar number                                                    State

Debtor 1    FRIEDA   VIZEL                                              Case number (if known) _____

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?
☐ No.
✔ Yes.

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?
☐ No.
✔ Yes.

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
✔ No.
☐ Yes. Name of person _____.
     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand te risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

x _____          x _____
Signature of Debtor 1                          Signature of Debtor 2

Date     10/21/19                          Date     _____

Contact on   347-433-8440                  Contact on  _____

Cell on     845-636-0898                   Cell on    _____

Email address  frieda.us9@gmail            Email address  _____

Fill in this information to identify your case:

Debtor 1      FRIEDA
_____

Debtor 2
(Spouse, if filing)  _____

United States Bankruptcy Court for the:

Case number (if known)  _____

☐ Check if this is an amended filing

**Official Form 106Sum**

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1:  Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 8592 |
| 1c. Copy line 63, Total of all property, from *Schedule A/B* | $ 8592 |

## Part 2:  Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim* at the bottom of the last page of Part 1 of *Schedule D* | $ 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3a. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ 55,385.00 |

## Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* | $ 3200 |
| 5. *Schedule J: Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* | $ 3,242.00 |

Debtor 1    FRIEDA   VIZEL                                                    Case number (if known)

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

**6. Are you filing for bankruptcy under Chapter 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

✔ Yes

---

**7. What kind of debt do you have?**

✔ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

**8. From the *Statement of Your Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11 OR, Form 122C-1 Line 14;

$ 3,200.00

---

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F***

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government (Copy line 6b.) | $ | 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | $ | 0.00 |
| 9g. **Total.** Add line 9a through 9f. | $ | 0.00 |

Fill in this information to identify your case:

Debtor 1          FRIEDA  VIZEL

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:

Case number (if known)

☐ Check if this is an amended filing

**Official Form 106A/B**

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2.

☐ Yes. Where is the property?

**1.1.**

_____
Street address, if available, or other
description

_____
,
City          State Zip Code

_____
Country

**What is the property?** Check all that apply:
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Other _____

**Who has an interest in the property?** Check one:

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ _____ | $ _____ 0.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

**1.___.**

_____
Street address, if available, or other
description

_____
City          State Zip Code

_____
Country

**What is the property?** Check all that apply:
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Other _____

**Who has an interest in the property?** Check one:

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ _____ | $ _____ 0.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

Debtor 1 ___FRIEDA___VIZEL_____     Case number (if known) _____

**1.3.**

_____
Street address, if available, or other
description

_____

_____
City                  State  Zip Code

_____
Country

**What is the property? Check all that apply:**

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Other _____

**Who has an interest in the property? Check one:**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.**                                          $ _____

---

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

✔ No
☐ Yes

3.1. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[          ]

If you own or have more than one, describe here:

3.2. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[          ]

**Who has an interest in the property? Check one:**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Who has an interest in the property? Check one:**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

Debtor 1    FRIEDA   VIZEL _____    Case number (if known) _____

3.3. Make: _____
    Model: _____
    Year: _____
    Approximate mileage:
    _____
    Other information:

**Who has an interest in the property?** Check one:

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$ _____          $ _____

If you own or have more than one, describe here:

3.4. Make: _____
    Model: _____
    Year: _____
    Approximate mileage:
    _____
    Other information:

**Who has an interest in the property?** Check one:

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$ _____          $ _____

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories*

☑ No
☐ Yes

4.1. Make: _____
    Model: _____
    Year: _____
    Other information:

**Who has an interest in the property?** Check one:

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$ _____          $ _____

If you own or have more than one, describe here:

4.2. Make: _____
    Model: _____
    Year: _____
    Other information:

**Who has an interest in the property?** Check one:

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$ _____          $ _____

**2. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.**

$ _____0.00

Debtor 1    FRIEDA   VIZEL _____    Case number (if known) _____

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☑ No
☐ Yes. Describe

$ _____

**7. Electronics**
*Examples:* Televisions and radios, audio, video, stereo, and digital equipment; computers, printers, scanners, music, collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe

COMPUTER<br/>TV XBOX ONE

$          1,200.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe

$ _____

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hubby equipment; bicycles, pool tables, golf clubs, skis; canoes, and kayaks; carpentry tools, musical instruments

☑ No
☐ Yes. Describe

$ _____

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe

$ _____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☑ No
☐ Yes. Describe

$ _____

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No
☐ Yes. Describe

$ _____

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe

$ _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here.**

$          1,200.00

Debtor 1    FRIEDA   VIZEL _____    Case number (if known) _____

---

| Part 4: | Describe Your Financial Assets |
|---------|-------------------------------|

| Do you own or have any legal or equitable interest in any following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

✔ No
☐ Yes.............................................................................    Cash: ...................  $ _____

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
✔ Yes.........................                    Institution name:

| | | |
|---|---|---|
| 17.1: Savings Account:  ALLY BANK | $ | 3,500.00 |
| 17.2: Savings Account:  BARCLAYS | $ | 900.00 |
| 17.3: | $ | |
| 17.4: | $ | |
| 17.5: | $ | |
| 17.6: | $ | |
| 17.7: | $ | |

**18. Bonds, mutual funds, or publicly readed stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

✔ No
☐ Yes.....................    Institution or issuer name:

_____    $ _____

_____    $ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

✔ No
☐ Yes. Give specific information about
them....................    Name of entity:

_____    _____ %    $ _____

_____    _____ %    $ _____

---

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.

*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

✔ No
☐ Yes. Give specific information about them....................

Issuer name:

_____    $ _____

_____    $ _____

_____    $ _____

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings account, or other pension or profit-sharing plans

✔ No
☐ Yes. List each account separately....................

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $ _____ |
| Pension plan: | | $ _____ |
| IRA: | | $ _____ |
| Retirement account: | | $ _____ |
| Keogh: | | $ _____ |
| Additional account: | | $ _____ |

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
✔ Yes....................

| | Institution name or individual: | |
|---|---|---|
| Electric: | | $ 0.00 |
| Gas: | | $ 0.00 |
| Heating oil: | | $ 0.00 |
| Security deposit on rental unit: | NEW YORK COMMUNITY BANK | $ 1,992.00 |
| Prepaid rent: | | $ 0.00 |
| Telephone: | | $ 0.00 |
| Water: | | $ 0.00 |
| Rented furniture: | | $ 0.00 |
| Other: | | $ 0.00 |

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

✔ No
☐ Yes...............    Issuer name and description:

_____    $ _____

_____    $ _____

_____    $ _____

Debtor 1    FRIEDA   VIZEL _____    Case number (if known) _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

✔ No
☐ Yes...................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(C):

_____    $ _____

_____    $ _____

_____    $ _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

✔ No
☐ Yes. Give specific
information about them    [                    ]    $ _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

✔ No
☐ Yes. Give specific
information about them    [                    ]    $ _____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

✔ No
☐ Yes. Give specific
information about them    [                    ]    $ _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

✔ No
☐ Yes
Give specific
information about
them, including
whether you already
filed the returns and
the tax
years................    [                    ]    Federal:  $ _____

State:  $ _____

Local:  $ _____

29. **Families support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

✔ No
☐ Yes.
Give specific
information...................    [                    ]    Alimony:  $ _____

Maintenance:  $ _____

Support:  $ _____

Divorce Settlement: $ _____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

✔ No
☐ Yes.
Give specific
information...................    [                    ]    Property settlement: $ _____

$ _____

Debtor 1    FRIEDA   VIZEL _____    Case number (if known) _____

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurances; health savings account (HSA); credit, homeowner's, or renter's insurance

✔ No
☐ Yes. Name the insurance
company of each policy
and list its value...           Company name:                    Beneficiary:              Surrender or refund valu

                        _____    _____    $ _____
                        _____    _____    $ _____
                        _____    _____    $ _____

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

✔ No
☐ Yes. Give specific information.................  [                              ]    $
_____

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

✔ No
☐ Yes. Give specific information.................  [                              ]    $
_____

**34.  Other contingent and unliquidated claims of every nature, include counterclaims of the debtor and rights to set off claims**

✔ No
☐ Yes. Give specific information.................  [                              ]    $
_____

**35.  Any financial assets you did not already list**

✔ No
☐ Yes. Give specific information.................  [                              ]    $
_____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.                                        $ 6392

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37.  Do you own or have any legal or equitable interest in any business-related property?**

✔ No. Go to part 6.
☐ Yes. Go to line 38.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Give specific information.................  [                              ]    $
_____

**39.  Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Give specific information.................  [ Audio  translation  System        ]    $ 1000

Debtor 1    FRIEDA  VIZEL                                    Case number (if known) _____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe.................................  [                              ]    $ _____

41.  **Inventory**

☐ No
☐ Yes. Describe.................................  [                              ]    $ _____

42.  **Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe.        Name of entity:% of ownershipp:

_____  _____ %  $ _____
_____  _____ %  $ _____
_____  _____ %  $ _____

43.  **Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. **Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?**
    ☐ No
    ☐ Yes. Describe.

[                              ]    $ _____

44.  **Any business-related property you did not already list**

☐ No
☐ Yes. Give specific information.

_____    $ _____
_____    $ _____
_____    $ _____
_____    $ _____
_____    $ _____
_____    $ _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.**    $ _100^00_

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** **If you own or have an interest in farmland, list it in Part 1.** |
|---|---|

46.  **Do you own or have any legal or equitable interest in any business-related property?**

✔ No. Go to part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47.  **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes. Give specific information.................  [                              ]    $ _____

Debtor 1    FRIEDA    VIZEL                                          Case number (if known) _____

48.  **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information.    [                    ]    $ _____

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.......................................    [                    ]    $ _____

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.......................................    [                    ]    $ _____

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.......................................    [                    ]    $ _____

52.  **Add the dollar value of all your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.**    $ _____

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ _____ n................
$ _____    [                    ]
$ _____

54.  **Add the dollar value of all of your entries from Part 7. Write that number here.**    $ _____

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  Part 1: Total real estate, line 2                                          $    0.00

56.  Part 2: Total vehicles, line 5                          $ _____

57.  Part 3: Total personal and household items, line 15     $    1,200.00

58.  Part 4: Total financial assets, line 36                 $    6392

59.  Part 5: Total business-related property, line 45        $    1000

60.  Part 6: Total farm- and fishing-related property, line 52   $ _____

61.  Part 7: Total other property not listed, line 54        $ _____

62. **Total personal property.** Add lines 56 through 61.    $    8,592.00     Copy personal property total

$    8,592.00     63. **Total of all property on Schedule A/B.** Add line 55 + line 62.

$    8,592.00

Fill in this information to identify your case:

Debtor 1            FRIEDA VIZEL

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:

Case number (if known)

☐ Check if this is an amended filing

**Official Form 106C**

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—maybe unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

**1. Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

**2. For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the formation below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: BARCLAYS<br>Line from *Schedule A/B:* ___ | $        900.00 | ☐ $        1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(5) |
| Brief description: ALLY BANK<br>Line from *Schedule A/B:* ___ | $      3,500.00 | ☐ $        4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(5) |
| Brief description: NEW YORK COMMUNITY B<br>Line from *Schedule A/B:* ___ | $      1,992.00 | ☐ $        1,992.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(5) |

**3. Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
☑ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

Debtor 1    FRIEDA   VIZEL                                          Case number (if known) _____

**Part 2:**    **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: AUDIO TRANSLATION SYS<br>Line from *Schedule A/B*: ____ | $ 1,000.00 | ☐ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11  U.S.C. 522(d)(6) |
| Brief description: TV XBOX ONE<br>Line from *Schedule A/B*: ____ | $ 200.00 | ☐ $ 1,225.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11  U.S.C. 522(d)(5) |
| Brief description: COMPUTER<br>Line from *Schedule A/B*: ____ | $ 1,000.00 | ☐ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11  U.S.C. 522(d)(5) |
| Brief description: ____<br>Line from *Schedule A/B*: ____ | $ 0.00 | ☐ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: ____ | $ 0.00 | ☐ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: ____ | $ 0.00 | ☐ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: ____ | $ 0.00 | ☐ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: ____ | $ 0.00 | ☐ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: ____ | $ 0.00 | ☐ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: ____ | $ 0.00 | ☐ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: ____ | $ 0.00 | ☐ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: ____ | $ 0.00 | ☐ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1  Frieda _____ Vizel
       First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Eastern District of NY

Case number
(if known)  _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

Creditor's Name

Number        Street

_____

City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred

**Describe the property that secures the claim:**    $_____  $_____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2**

Creditor's Name

Number        Street

_____

City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred

**Describe the property that secures the claim:**    $_____  $_____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:    $_____

Fill in this information to identify your case:

Debtor 1 _____FRIEDA  VIZEL_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:

Case number (if known) _____

☐ Check if this is an amended filing

**Official Form 106E/F**

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts on unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
✔ No. Go to Part 2.
☐ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page or Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | Last 4 digits of account number _____ | $ 0.00 | $ 0.00 | $ 0.00 |

_____
Priority Creditors Name

When was the debt incurred? _____

_____
Number    Street

,
_____
City             State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
✔ Other. Specify

_____

| 2.2 | Last 4 digits of account number _____ | $ 0.00 | $ 0.00 | $ 0.00 |

_____
Priority Creditors Name

When was the debt incurred? _____

_____
Number    Street

,
_____
City             State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
✔ Other. Specify

_____

Debtor 1    FRIEDA  VIZEL    _____    Case number (if known) _____

---

**Part 1:** **Your PRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

---

| ☐ | **Last 4 digits of account number** _____ | $ 0.00 | $ 0.00 | $ 0.00 |

Priority Creditors Name

**When was the debt incurred?** _____

Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City           State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
✔ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| ☐ | **Last 4 digits of account number** _____ | $ 0.00 | $ 0.00 | $ 0.00 |

Priority Creditors Name

**When was the debt incurred?** _____

Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City           State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
✔ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| ☐ | **Last 4 digits of account number** _____ | $ 0.00 | $ 0.00 | $ 0.00 |

Priority Creditors Name

**When was the debt incurred?** _____

Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City           State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
✔ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor 1    FRIEDA  VIZEL _____    Case number (if known)_____

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

**3. Do any creditors have nonpriority unsecured claims against you?**
☐No. You have nothing to report in this part. Submit this form to the court with your other schedules.
✔Yes.

**4. List all of your nonpriority unsecured claims in alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim |
|---|---|

---

| 4.1 | | |
|---|---|---|
| AMERICAN EXPRESS | Last 4 digits of account number    1009 | $    2,568.00 |
| Nonpriority Creditors Name | When was the debt incurred?    02/12/2018 | |
| PO BOX 1270 | | |
| Number    Street | **As of the date you file, the claim is:** Check all that apply. | |
| NEWARK, NJ 07101 | ☐Contingent | |
| City    State    ZIP Code | ☐Unliquidated | |
| | ☐Disputed | |

**Who incurred the debt?** Check one.
✔Debtor 1 only
☐Debtor 2 only
☐Debtor 1 and 2
☐At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐Student loans
☐Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐Debts to pension or profit-sharing plans, and other similar debts
✔Other. Specify
Charge Account

**Is the claim subject to offset?**
✔No
☐Yes

---

| 4.2 | | |
|---|---|---|
| AMERICAN EXPRESS | Last 4 digits of account number    2003 | $    2,103.00 |
| Nonpriority Creditors Name | When was the debt incurred?    10/01/2018 | |
| PO BOX 1270 | | |
| Number    Street | **As of the date you file, the claim is:** Check all that apply. | |
| NEWARK, NJ 07101 | ☐Contingent | |
| City    State    ZIP Code | ☐Unliquidated | |
| | ☐Disputed | |

**Who incurred the debt?** Check one.
✔Debtor 1 only
☐Debtor 2 only
☐Debtor 1 and 2
☐At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐Student loans
☐Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐Debts to pension or profit-sharing plans, and other similar debts
✔Other. Specify
Charge Account

**Is the claim subject to offset?**
✔No
☐Yes

---

| 4.3 | | |
|---|---|---|
| AMERICAN EXPRESS | Last 4 digits of account number    3004 | $    3,048.00 |
| Nonpriority Creditors Name | When was the debt incurred?    10/01/2016 | |
| PO BOX 1270 | | |
| Number    Street | **As of the date you file, the claim is:** Check all that apply. | |
| NEWARK, NJ 07101 | ☐Contingent | |
| City    State    ZIP Code | ☐Unliquidated | |
| | ☐Disputed | |

**Who incurred the debt?** Check one.
✔Debtor 1 only
☐Debtor 2 only
☐Debtor 1 and 2
☐At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐Student loans
☐Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐Debts to pension or profit-sharing plans, and other similar debts
✔Other. Specify
Charge Account

**Is the claim subject to offset?**
✔No
☐Yes

---

Debtor 1    FRIEDA  VIZEL                                    Case number (if known) _____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.4**

BANK OF AMERICA
Nonpriority Creditors Name

PO BOX 982234
Number    Street

EL PASO, TX 79998-2234
City                          State      ZIP Code

**Who incurred the debt? Check one.**
✔ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number        5134            $        5,868.00

**When was the debt incurred?**        06/01/2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify
Charge Account

---

**4.5**

CARE CREDIT
Nonpriority Creditors Name

SYNCHRONY BANK
Number    Street

ORLANDO, FL 32896
City                          State      ZIP Code

**Who incurred the debt? Check one.**
✔ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number                        $        1,500.00

**When was the debt incurred?**        02/02/2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify
Medical Services

---

**4.6**

DISCOVER CARD
Nonpriority Creditors Name

PO BOX 71084
Number    Street

CHARLOTTE, NC 28272
City                          State      ZIP Code

**Who incurred the debt? Check one.**
✔ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number        0448            $        1,736.00

**When was the debt incurred?**        05/01/2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify
Charge Account

---

Debtor 1    FRIEDA   VIZEL                                    Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.7, followed by 4.8, and so forth.

Total claim

---

**4.7**

JP MORGAN CHASE
Nonpriority Creditors Name

PO BOX 1608
Number    Street

SOUTHGATE, MI 48195-0608
City                          State    ZIP Code

**Who incurred the debt? Check one.**
✔ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number        1160

When was the debt incurred?        08/01/2010

**As of the date you file, the claim is:** Check all that apply.
☐ Contigent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify
Charge Account

$        2,785.00

---

**4.8**

JP MORGAN CHASE
Nonpriority Creditors Name

PO BOX 1608
Number    Street

SOUTHGATE, MI 48195-0608
City                          State    ZIP Code

**Who incurred the debt? Check one.**
✔ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number        5757

When was the debt incurred?        06/01/2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contigent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify
Charge Account

$        12,407.00

---

**4.9**

JP MORGAN CHASE
Nonpriority Creditors Name

PO BOX 1608
Number    Street

SOUTHGATE, MI 48195-0608
City                          State    ZIP Code

**Who incurred the debt? Check one.**
✔ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number        0513

When was the debt incurred?        06/01/2007

**As of the date you file, the claim is:** Check all that apply.
☐ Contigent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify
Charge Account

$        2,998.00

---

Debtor 1    FRIEDA   VIZEL _____    Case number (if known) _____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.6, and so forth.                    **Total claim**

---

| 4.10 | | Last 4 digits of account number | 4081 | $ | 12,407.00 |

**JP MORGAN CHASE**
Nonpriority Creditors Name

When was the debt incurred?    06/12/2018

PO BOX 1608
Number    Street

SOUTHGATE, MI 48195-0608
City                    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**
✔ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify    Charge Account

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 4.11 | | Last 4 digits of account number | 6314 | $ | 255.00 |

**OPTIMUM**
Nonpriority Creditors Name

When was the debt incurred?    12/01/2018

PO BOX 831
Number    Street

NEWBURGH, NY 12551
City                    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**
✔ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify    Utility Service

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 4.12 | | Last 4 digits of account number | 2619 | $ | 7,710.00 |

**SANTANDER BANK**
Nonpriority Creditors Name

When was the debt incurred?    04/01/2018

PO BOX 841002
Number    Street

BOSTON, MA 02284
City                    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**
✔ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify    Charge Account

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          4

Debtor 1    FRIEDA    VIZEL _____    Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

6a. **Domestic support obligations**          6a. $    0.00

6b. **Taxes and certain other debts you owe the government**          6b. $    0.00

6c. **Claims for death or personal injury while you were intoxicated**          6c. $    0.00

6d. **Other.** Add all other priority unsecured claims. Write that amount here.          6d. $    0.00

6e. **Total.** Add lines 6a through 6d.          6e. $    0.00

**Total claim**

**Total claims from Part 2**

6f. **Student loans**          6f. $    0.00

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**          6g. $    0.00

6h. **Debts to pension or profit-sharing plans, and other similar debts**          6h. $    0.00

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.          6i. $    55,385.00

6j. **Total.** Add lines 6f through 6i.          6j. $    55,385.00

Fill in this information to identify your case:

Debtor 1    FRIEDA  VIZEL

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:

Case number (if known) _____

☐ Check if this is an amended filing

**Official Form 106G**

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do you have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

**2. List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1**<br>JONAS EQUITIES<br>Name<br><br>725 CHURCH AVENUE<br>Number     Street<br><br>BROOKLYN, NY  11218<br>City                                State      ZIP Code | Residential Lease - ONE BEDROOM PRIMARY RESIDENCE |
| **2.2**<br>Name<br><br>Number     Street<br><br>City                                State      ZIP Code | |
| **2.3**<br>Name<br><br>Number     Street<br><br>City                                State      ZIP Code | |
| **2.4**<br>Name<br><br>Number     Street<br><br>City                                State      ZIP Code | |
| **2.5**<br>Name<br><br>Number     Street<br><br>City                                State      ZIP Code | |

Fill in this information to identify your case:

Debtor 1 ___FRIEDA VIZEL_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:

Case number (if known) _____

☐ Check if this is an amended filing

**Official Form 106H**

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
☐ No
☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

_____
Name

_____
Number   Street

_____
City                          State      ZIP Code

**3. In Column 1, list all your codebtors.** Do not include your spouse as codebtor if your spouse is filing with you. List the person shown in line 2 again as codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2. (If you are filing a joint case, do not list either spouse as a codebtor.)

| Column 1:  Your codebtor | Column 2: The creditor to whom you owe the debt Check all schedules that apply: |
|---|---|
| **3.1** <br> Name  Insurent Agency Corporation <br> Number  Street  122 East 42nd Street, Suite 3600 <br> City  New York, NY 10168   State   ZIP Code | ☐ Schedule D, ____ <br> ☐ Schedule E/F, ____ <br> ☑ Schedule G, 2.1 |
| **3.2** <br> Name  _____ <br> Number  Street  _____ <br> City  _____   State   ZIP Code | ☐ Schedule D, ____ <br> ☐ Schedule E/F, ____ <br> ☐ Schedule G, ____ |
| **3.3** <br> Name  _____ <br> Number  Street  _____ <br> City  _____   State   ZIP Code | ☐ Schedule D, ____ <br> ☐ Schedule E/F, ____ <br> ☐ Schedule G, ____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | FRIEDA | | VIZEL |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | | |
| Case number (if know) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income 12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page within formation about additional employers.
   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | TOUR GUIDE | |
| Employer's name | | . | |
| Employer's address | | _____<br>Number  Street | _____<br>Number  Street |
| | | . | |
| | | . | |
| | | NY<br>City State  ZIP Code | _____<br>City State  ZIP Code |
| How long employed there? | | SELF-EMPLOYED | _____ |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. | +$          0.00 | +$_____ |
| 4. | Calculate gross income. Add line 2 + line 3 | 4. | $          0.00 | $_____ |

Debtor 1    FRIEDA                    VIZEL                    Case number *(if known)* _____
            First Name    Middle Name    Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here........................................................➔ | 4. | $ _____ | $ _____ |
| **5. List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ _____ | _____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ _____ | _____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ _____ | _____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ _____ | _____ |
| 5e. **Insurance** | 5e. | $ _____ | _____ |
| 5f. **Domestic support obligations** | 5f. | $ _____ | _____ |
| 5g. **Union dues** | 5g. | $ _____ | _____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | $ _____ | _____ |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ _____ | _____ |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $        0.00 | _____ |
| **8. List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $     2,600.00 | _____ |
| 8b. **Interest and dividends** | 8b. | $        0.00 | _____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $      600.00 | _____ |
| 8d. **Unemployment compensation** | 8d. | $        0.00 | _____ |
| 8e. **Social Security** | 8e. | $        0.00 | _____ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ _____ | _____ |
| 8g. **Pension or retirement income** | 8g. | $        0.00 | _____ |
| 8h. **Other monthly income..** Specify: _____ | 8h. | $ _____ | |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $     3,200.00 | $ _____ |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $     3,200.00  + | $ _____  =  $     3,200.00 |

**11. State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____                                                                      11.  + $ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies

12.  $     3,200.00
    **Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No
☐ Yes.
Explain: _____

**Fill in this information to identify your case:**

| Debtor 1 | FRIEDA | | VIZEL |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filling) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____

Case number (if know) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form 106J

# Schedule J: Your Expenses 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 13 | ☐ No  ☑ Yes |
| . | _____ | ☐ No  ☐ Yes |
| . | _____ | ☐ No  ☐ Yes |
| . | _____ | ☐ No  ☐ Yes |
| . | _____ | ☐ No  ☐ Yes |
| . | _____ | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| **4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ | 1,455.00 |
| **If not included in line 4:** | | | |
| 4a.  Real estate taxes | 4a. | $ | 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ | 0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ | 0.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ | 0.00 |

Debtor 1  FRIEDA              VIZEL
      First Name    Middle Name    Last Name

Case number *(if known)* _____

|  |  | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 70.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 0.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 87.00 |
| 6d. Other.  Specify: _____ | 6d. | $ |
| 7. **Food and housekeeping supplies** | 7. | $ 1,200.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 170.00 |
| 10. **Personal care products and services** | 10. | $ 0.00 |
| 11. **Medical and dental expenses** | 11. | $ 0.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | $ 260.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.**  Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 0.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 0.00 |
| 15d. Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.  Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other.  Specify: _____ | 17c. | $ 0.00 |
| 17d. Other.  Specify: _____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.**  Specify: _____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1  FRIEDA                VIZEL
_____
          First Name    Middle Name    Last Name

Case number *(if known)*  _____

**21. Other.** Specify: _____          21.  +
                                                                      $ _____

**22. Your monthly expenses.** Add lines 4 through 21.           22.  $ _____3,242.00
The result is your monthly expenses.

**23. Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $ _____3,200.00

    23b.  Copy your monthly expenses from line 22 above.    23b.  $ _____3,242.00

    23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.  $ _____-42.00

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.

Explain here:

Fill in this information to identify your case:

Debtor 1     FRIEDA

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:

Case number (if known)

☐ Check if this is an amended filing

**Official Form 108**

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If your are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days** after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.
If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.
Be as complete and accurate as possible. If more space is needed, attach as separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---------|---------------------------------------------|

**1. For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: <br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ Yes <br> ☑ No |
| Creditor's name: <br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ Yes <br> ☐ No |
| Creditor's name: <br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ Yes <br> ☐ No |
| Creditor's name: <br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ Yes <br> ☐ No |

Official Form 108     **Statement of Intention for Individuals Filing Under Chapter 7**     1

over →

Debtor 1   FRIEDA   VIZEL _____    Case number (if known) _____

## Part 2:   List Your Unexpired Personal Property Leases

**For any unexpired personal property that you listed in** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G), fill in the information below. Do not list real estate leases.** *Unexpired leases* **are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **JONAS EQUITIES**<br>Description of leased property:<br><br>ONE BEDROOM PRIMARY RESIDENCE | ✔ Yes<br>☐ No |
| Lessor's name:<br>Description of leased property: | ☐ Yes<br>☐ No |
| Lessor's name:<br>Description of leased property: | ☐ Yes<br>☐ No |
| Lessor's name:<br>Description of leased property: | ☐ Yes<br>☐ No |
| Lessor's name:<br>Description of leased property: | ☐ Yes<br>☐ No |
| Lessor's name:<br>Description of leased property: | ☐ Yes<br>☐ No |
| Lessor's name:<br>Description of leased property: | ☐ Yes<br>☐ No |

## Part 3:   Sign Below

**Under penalty of perjury I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

x _____    x _____
Signature of Debtor 1                              Signature of Debtor 2

Date   10 - 21 - 19                            Date _____

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7                    2

# UNITED STATES BANKRUPTCY COURT

In re  VIZEL, FRIEDA_____

Debtor

Case No. _____

Chapter 7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

_Frieda Vizel_____

Printed Name(s) of Debtor(s)

X_____  10/21/19

Signature of Debtor          Date

Case No. (if known) _____

X_____

Signature of Joint Debtor (if any)      Date

---

Instructions: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) if the certification has NOT been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
### www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): _Frieda V. zel_____ CASE NO.: _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING: (YES/NO): _____ *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
                                    **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES: _____

_____

2. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING: (YES/NO): _____ *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
                                    **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES: _____

_____

[OVER]

**DISCLOSURE OF RELATED CASES** (cont'd)

3.  CASE NO.: _____    JUDGE: _____    DISTRICT/DIVISION: _____

CASE STILL PENDING: (YES/NO): _____    *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
                                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN

SCHEDULE "A" OF RELATED CASES:  _____
_____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days
may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _____

CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any
time, except as indicated elsewhere on this form.

_____          _____
**Signature of Debtor's Attorney**                   **Signature of Pro-se Debtor/Petitioner**

                                                  1000 Caton Ave #1D
                                                  **Mailing Address of Debtor/Petitioner**

                                                  Brooklyn, NY 11226
                                                  **City, State, Zip Code**

                                                  frieda.vsa @gmail.com
                                                  **Email Address**

                                                  347-433-8440
                                                  **Area Code and Telephone Number**

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor
or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment
of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may
otherwise result.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

Frieda Vitel

-------------------------------------------------x

**In Re:**                                                    **Case No.**

                                                              **Chapter** 7



                                    **Debtor(s)**
-------------------------------------------------x


## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS


        The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.



Dated: 10/22/19

_____
Debtor


_____
Joint Debtor


s/_____
Attorney for Debtor



USBC-44                                                       Rev. 11/15

American Express
PO Box 1270
Newark, NJ 07101

Bank Of America
PO Box 982234
El Paso, TX 79998

Care Credit
Synchrony Bank
P.O. Box 960061
Orlando, FL 32896

Discover Card
PO Box 71084
Charlotte, NC 28272

Jonas Equities
725 Church Avenue
Brooklyn, NY 11218

Jp Morgan Chase
PO Box 1608
Southgate, MI 48195

Optimum
PO Box 831
Newburgh, NY 12551

Santander Bank
PO Box 841002
Boston, MA 02284

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                          Case No.
                                                Chapter

                        Debtor(s)
-----------------------------------------------------------x

### DECLARATION OF PRO SE DEBTOR(S)

All individuals filing for bankruptcy pro se (without an attorney), must provide the following information:

Name of Debtor(s):  Frieda Vdel

Address:  1600 Caton Ave #1D / Brooklyn NY 11226

Email Address:  Frieda.usa @gmail.com

Phone Number:  (347) 433 8640

CHECK THE APPROPRIATE RESPONSES:

**FILING FEE**:

___ PAID THE FILING FEE IN FULL

_✓_ APPLIED FOR INSTALLMENT PAYMENTS OR WAIVER OF THE FILING FEE

**PREVIOUS CASES FILED**: 1._____ 2._____ 3._____

**ASSISTANCE WITH PAPERWORK**:

_✓_ NO ASSISTANCE WITH PREPARATION OF/FILING PETITION AND SCHEDULES

___ HAD ASSISTANCE WITH PREPARATION OF/FILING PETITION AND SCHEDULES

If Debtor had assistance, the following information must be completed:

Name of individual who assisted:  _____

Address:  _____

Phone Number:  (_____) _____

Amount Paid for Assistance:  $_____

I/We hereby declare the information above under the penalty of perjury.

Dated: 10 / 22 / 19 _____

_____
Debtor's Signature

_____
Joint Debtor's Signature