In re:                                                          Case No. 1-19-46337-cec

                                                                Chapter 7

### Statement Concerning Income Receipts, Pay Stubs, Etc.

I, Frieda Vizel, state as follows,

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the petition for any employer, due to the following:

I am self-employed as a tour guide and do not receive any evidence of payment. Furthermore, the payments made for my services and recorded in my ledgers are very preliminary, as they 1) do not reflect cost of goods sold and 2) are dated for services and goods sold in the future and 3) are subject to be refunded if a participation threshold is not met or if otherwise the weather calls for it. My accounting therefore inaccurately reflects my income for services rendered during the month the payment is received. While my income comes from bookings, I do not consider bookings 'earned income' until the services have been rendered, especially as the winter season makes it necessary to cancel and refund many bookings collected in the fall months.

I submitted a summary of business transactions for the year to date to the Court, and it reflects an anticipated income for the year of $20,000 to $35,000.

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

I thank you for your time and attention.

Yours,

*[signature]*

Frieda Vizel

11/8/19

*[Notary stamp:]*
CHRISTIAN PALACIO
Notary Public - State of New York
NO. 01PA6207579
Qualified in Kings County
My Commission Expires Jun 15, 2021

*[Filed stamp:]*
2019 NOV -8 P 3:17
EASTERN DISTRICT OF NEW YORK
U.S. BANKRUPTCY COURT
CLERK